UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:26CR 00123-LPR |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 922(o) |
| ZAVIER MARQISE RHODES | ) | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 02 2026
TAMMY H. DOWNS, CLERK
By: DEP CLERK

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

A. On or about May 9, 2025, the defendant,

ZAVIER MARQISE RHODES,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Theft By Receiving < $2500, in Pulaski County, Arkansas, Circuit Court in Case Number 2022-231;

2. Possession of a Controlled Substance, Schedule I or II Not Meth/Cocaine with Purpose to Deliver, and Maintaining Drug Premises, in Pulaski County, Arkansas, Circuit Court in Case Number 2024-0850; and

3. Unauthorized Use Property to Facilitate Crime, Fleeing, Theft by Receiving Value > $25,000, Theft of Property – Firearm Value < $2,500, Breaking or Entering, and Failure to Appear, in Saline County, Arkansas, Circuit Court in Case Number 63CR-23-696-1.

B. On or about May 9, 2025, in the Eastern District of Arkansas, the defendant,

ZAVIER MARQISE RHODES,

knowingly possessed, in and affecting commerce, a firearm, that is: a Glock, model 17, 9mm caliber pistol, bearing serial number ZKY257, in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT 2**

On or about May 9, 2025, in the Eastern District of Arkansas, the defendant,

ZAVIER MARQISE RHODES,

knowingly possessed a machinegun, that is: a Glock, model 17, 9mm caliber pistol, bearing serial number ZKY257, equipped with a machinegun conversion device, which enabled the weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

All in violation of Title 18, United States Code, Section 922(o).

**COUNT 3**

A. On or about May 7, 2026, the defendant,

ZAVIER MARQISE RHODES,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Theft By Receiving < $2500, in Pulaski County, Arkansas, Circuit Court in Case Number 2022-231;
2. Possession of a Controlled Substance, Schedule I or II Not Meth/Cocaine with Purpose to Deliver, and Maintaining Drug Premises, in Pulaski County, Arkansas, Circuit Court in Case Number 2024-0850; and
3. Unauthorized Use Property to Facilitate Crime, Fleeing, Theft by Receiving Value > $25,000, Theft of Property – Firearm Value < $2,500, Breaking or Entering, and Failure to Appear, in Saline County, Arkansas, Circuit Court

in Case Number 63CR-23-696-1.

B. On or about May 7, 2026, in the Eastern District of Arkansas, the defendant,

ZAVIER MARQISE RHODES,

knowingly possessed, in and affecting commerce, a firearm, that is: a Glock, model 22c, .40 caliber pistol, bearing serial number LAU458, in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT 4**

On or about May 7, 2026, in the Eastern District of Arkansas, the defendant,

ZAVIER MARQISE RHODES,

knowingly possessed a machinegun, that is: a Glock, model 22c, .40 caliber pistol, bearing serial number LAU458, equipped with a machinegun conversion device, which enabled the weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

All in violation of Title 18, United States Code, Section 922(o).

**FORFEITURE ALLEGATION 1**

Upon conviction of the offense alleged in Counts 1, 2, 3, and 4 of this Indictment, the defendant, ZAVIER MARQISE RHODES, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following specific property: a Glock, model 17, 9mm caliber pistol, bearing serial number ZKY257 and a Glock, model 22c, .40 caliber pistol, bearing serial number LAU458.

[End of text. Signature page to follow.]

☐ NO TRUE BILL. ☑ TRUE BILL.

**REDACTED SIGNATURE**

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
United States Attorney

By: EDWARD O. WALKER
Assistant United States Attorney
AR Bar No. 2000076
425 West Capitol Ave., Suite 500
Little Rock, Arkansas 72201
(501) 340-2600
Edward.O.Walker@usdoj.gov